LAW OFFICES OF
## ROSENGARTEN & WEISS
363 Seventh Avenue, 7th Floor
New York, New York 10001
212-533-2606
Fax: 212-505-6681

**Howard M. Rosengarten, Esq.**
**Donald J. Weiss, Esq.**
**Frederic S. Rosengarten, Esq.***

December 18, 2014

The Honorable Valerie E. Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   RE: King Rios v. Coppola's and 378 Third Associates LLC
      14-CV-5436
      Adjournment of Today's Conference Due to Settlement

Dear Judge Caproni:

  This letter is submitted in accordance with Paragraph 1(A) of Your Honor's Individual Practice Rules, and in advance of the conference scheduled for today, December 18, 2014 at 4:00pm.

  Please be advised that Plaintiff and Defendant Coppola's have reached an agreement as to the terms of a settlement, and we are therefore requesting an adjournment of today's conference by approximately one week to incorporate the terms into a settlement agreement and file a stipulation of dismissal with this Court. At approximately 9:05 a.m. this morning Mr. Jason Green, counsel for Coppola's and I telephoned the court to alert Your Honor of this settlement and we left a message with the clerk assigned to this case.

                Very truly yours,

                Frederic S. Rosengarten